# UNCLAIMED FUNDS

September 22, 2010

#60794
FILED
2010 SEP 23 PM 4: 12

| | |
|---|---|
| 06-60509 | JOE, SR. & ANNA SHORTT<br>DEBTOR DID NOT CASH CHECK<br>CHECK #450222 FOR $2.23<br>JOE, SR. & ANNA SHORTT<br>6639 MOTTICE DR.<br>BOX 408<br>WAYNESBURG, OH 44688 |
| 05-61479 | ROBERT & JULIE KELLEY<br>DEBTOR DID NOT CASH CHECK<br>CHECK #450223 FOR $100.83<br>ROBERT & JULIE KELLEY<br>13559 SHREVE ROAD<br>BIG PRAIRIE, OH 44611 |
| 05-64214 | DANIEL & DIANA O'BRIEN<br>DEBTOR DID NOT CASH CHECK<br>CHECK #450224 FOR $19.74<br>DANIEL & DIANA O'BRIEN<br>929 ANTIONETTE DRIVE<br>MANSFIELD, OH 44903 |
| 07-60600 | VALINDA J. MILLS<br>DEBTOR DID NOT CASH CHECK<br>CHECK #450225 FOR $161.01<br>VALINDA J. MILLS<br>1627 BEAL ROAD<br>MANSFIELD, OH 44903 |
| 05-63205 | MICHAEL & SHELLY BELCHER<br>CREDITOR DID NOT CASH CHECK<br>CHECK #450226 FOR $14.67<br>GREAT SENECA<br>C/O WOLPOFF & ABRAMSON<br>702 KING FARM BLVD.<br>ROCKVILLE, MD 20850-5775 |

```
  0 · *
  2 · 23 +
100 · 83 +
 19 · 74 +
161 · 01 +
 14 · 67 +
298 · 48 *
```